Tallarico *v.* Autenreith et al. (Kerr, Exrx., Appellant)

Argued September 29, 1941. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*John M. Reed,* for appellant.

*Robert D. Dalzell,* of *Dalzell, McFall & Pringle,* with him *Richard K. Sharpless, Harry Alan Sherman* and *E. W. Langfitt,* for appellees.

PER CURIAM, November 24, 1941:

The court below refused to quash a writ of scire facias issued by the living defendants to bring upon the record as a party defendant Edna B. Kerr, executrix of the Estate of C. H. Kerr, deceased, who was an original defendant. From this action the executrix appeals. The appeal is interlocutory and, therefore, must be quashed: *Steach v. Hippensteele,* 315 Pa. 420, 172 A. 715; *Magaro v. Metropolitan Edison Co.,.* 315 Pa. 369, 172 A. 865.

Appeal quashed.